IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANITA ESTRADA,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:23-CV-2841-L-BT** |
| **DALLAS MORNING NEWS,** | § | |
| Defendant. | § | |

# ORDER

On July 11, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 9) was entered, recommending that the court, pursuant to 28 U.S.C. § 1915(e)(2)(B), dismiss with prejudice this action by *pro se* Plaintiff Anita Estrada and all claims asserted by her for failure to state a claim upon which relief can be granted. These claims include those for alleged copyright violations and the issuance of a "report" by "Tod Robinson" that allegedly takes all the credit for research on a "cat burglar case" for which Plaintiff "did all the work." Report 1 (citations omitted). No objections to the Report were filed, and the deadline for filing objections has expired.

Having considered the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, pursuant to § 1915(e)(2)(B), the court **dismisses with prejudice** this action and all claims asserted by Plaintiff.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202

and n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 2nd day of August, 2024.

_____
Sam A. Lindsay
United States District Judge